UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **CANDICE BAIRD,** | : | Case No. 1:16-CV-759 |
| Plaintiff, | : | Judge Dlott |
| | : | Magistrate Bowman |
| vs. | : | |
| **HAMILTON COUNTY DEPARTMENT OF JOB AND FAMILY SERVICES, et al.,** | : | **STIPULATED PROTECTIVE ORDER** |
| | : | |
| Defendants. | : | |

## PURPOSE

The purpose of this Stipulated Protective Order is to facilitate the discovery of documents in the custody of Hamilton County Jobs and Family Services ("HCJFS"), which may be relevant to and evidentiary in the above captioned action. Much of the content of these records is confidential as a matter of Ohio law, such as names of juvenile persons subject to legal dependency actions. *See* R.C. 2151.421(H); *see also* R.C. 5153.17; OAC 5101:2-33-21. The redaction of these records would not only be burdensome, but significant such that it potentially would interfere with the comprehensibility of the documents. Consequently, redaction would potentially prejudice the parties in the discovery process of this litigation. Therefore, the parties by and through counsel, agree to stipulate to this Protective Order.

## ORDER

By agreement of the parties, this Court hereby orders that the discovery of documents in the custody and control of HCJFS and relating to the involvement of HCJFS with Candice Baird, her minor grandchild, Chico Chappell, and Samantha Cruz shall be subject to this Protective Order and held strictly confidential by counsel for each party and may only be

disclosed to counsel for each party, expert witnesses retained by counsel of each party, and Plaintiff, for purposes of prosecuting her case. Furthermore, Plaintiff has a duty not to disclose and/or not to disseminate information contained within these records. The documents protected by this order are marked Defendants' Response to Plaintiff's First Set of Interrogatories and are bates stamped 5-292, 1390-1464, and 1497-1708. Documents or information within those documents subject to this Order shall not be disclosed to the witnesses except where it is necessary for the witness to know the material. None of the documents covered by this Protective Order may be disclosed to any other person, or member of the public. If any document subject to this Protective Order is produced, copied, used in a deposition, or at trial, it shall be marked prominently with the word "CONFIDENTIAL". Any document subject to this order used at trial, in discovery, in a deposition, in an expert report, in a pleading, or in any other way so as to make it a potentially public record, shall be so submitted "under seal" with prior permission of the Court, upon motion and for good cause shown.

This Protective Order does not authorize the filing of protected material under seal. No document may be filed with the Court under seal without prior permission as to each such filing, upon motion and for good cause shown, including the legal basis for filing under seal. See *Proctor & Gamble Co. v. Bankers Trust Co.*, 78 F.3d 219 (6th Cir. 1996). Unless the Court orders otherwise, all sealed documents shall be filed according to S.D. Ohio Civ. R. 5.2.1.

At the conclusion of the litigation, all written materials, including copies made thereof, subject to this Protective Order shall be returned to counsel or the party who produced the materials or destroyed.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott

Agreed to by:

/s/ *Marc D. Mezibov*
Marc D. Mezibov
Mezibov Butler
615 Elsinore Place
Suite 105
Cincinnati, OH 45202
513-621-8800
Fax: 513-621-8833
Email: mmezibov@mezibov.com
Attorney for Candice Baird

/s/ *Kathleen H. Bailey*
Kathleen H. Bailey
Assistant Prosecuting Attorney
230 East Ninth Street, Suite 4000
Cincinnati, OH 45202
513-946-3289
Fax: 513-946-3018
Email: kathy.bailey@hcpros.org
Attorney for HCJFS, Hamilton County, Ohio, Dennis Deters, Chris Monzel, Todd Portune, Moira Weir, Cheryl Keller, Christopher Biersack

/s/ *Brian J. Butler*
Brian J. Butler
Mezibov Butler
615 Elsinore Place
Suite 105
Cincinnati, OH 45202
513-621-8800
Fax: 513-621-8833
Email: bbutler@mezibov.com
Attorney for Candice Baird

/s/ *Jerome A. Kunkel*
Jerome A. Kunkel
Assistant Prosecuting Attorney
230 East Ninth Street, Suite 4000
Cincinnati, OH 45202
513-946-3103
Fax: 513-946-3018
Email: jerry.kunkel@hcpros.org
Attorney for HCJFS, Hamilton County, Ohio, Dennis Deters, Chris Monzel, Todd Portune, Moira Weir, Cheryl Keller, Christopher Biersack

/s/ *Jay R. Wampler*
Jay R. Wampler
Assistant Prosecuting Attorney
230 E. Ninth Street, Suite 4000
Cincinnati, OH 45202
513-946-3169
Fax: 513-946-3018
Email: jay.wampler@hcpros.org
Attorney for HCJFS, Hamilton County, Ohio, Dennis Deters, Chris Monzel, Todd Portune, Moira Weir, Cheryl Keller, Christopher Biersack

DATED: _____